FILED
2020 FEB 24 03:21 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 20-2-04779-1 SEA

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| HDK INVESTMENTS, LLC, a Washington limited liability company, | NO. |
| Plaintiff, | COMPLAINT FOR BREACH OF CONTRACT AND DAMAGES |
| v. | |
| GREEN SKY LABS (USA) LLC, a Colorado limited liability company; GREEN SKY LABS INC., a Canadian Corporation | |
| Defendants. | |

PARTIES, VENUE AND JURISDICTION

1. HDK Investments., ("HDK"), is a Washington limited liability company registered to do business in the state of Washington.

2. Defendant Green Sky Labs (USA) LLC ("GSL USA") is a Colorado limited liability company, whose principal place of business is in Colorado and who is registered to do business in the state of Washington.

3. Defendant Green Sky Labs Inc. ("GSL Canada") is a Canadian limited liability company whose principal place of business is in Victoria, British Columbia.

4. Jurisdiction and venue are proper in this court based on RCW 4.12.025 (1)(c), and (3)(a) and (c) because at all times relevant to this suit, the defendants transacted business in King

COMPLAINT- 1
#1301639 v2 / 73304-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

County, entered into an agreement with Plaintiff in King County, and this action is for a tort committed in King County.

FACTS

5. HDK entered into a lease agreement (the "Agreement") with GSL USA on October 16, 2015.

6. The Agreement was for a lease term for a warehouse located at 12525 Willows Road, NE, Kirkland, WA 98034 (the "Premises").

7. Section 1.03 of the Agreement states the lease term was for seven years.

8. Section 1.08 of the Agreement states the Tenant's Address as 245-1627 Fort Street, Victoria BC, Canada.

9. Section 7.02 of the Agreement includes a "Tenant's Obligation" clause, requiring the tenant to "make all repairs and replacement and perform all maintenance work that is necessary in order to keep the building, common areas on property, and all utilities, equipment and systems therein or therefor and/or serving the property in good order and repair and in a safe and dry tenantable condition."

10. Section 18.01 of the Agreement includes a "Return of Premises" clause, which states "Upon the expiration or termination of this Lease, Tenant shall quit and surrender the Premises to Landlord in good order, broom clean, normal wear and tear and damage from fire and other casualty (but only to the extent Landlord has the obligation to repair such damage) excepted. Subject to the other terms of this Lease, Tenant shall, at its expense, remove all property of Tenant, all improvements or alterations to the Premises not wanted by Landlord, and repair damage caused by such removal and return the Premises to the condition in which they were prior to the installation of the article or articles so removed."

COMPLAINT- 2
#1301639 v2 / 73304-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

11. Over the course of the tenancy, all rent checks payable under the Agreement were sent from GSL Canada.

12. All correspondence regarding the tenancy on behalf of GSL USA came from GSL, Canada.

13. All contractors hired to do work on the Premises were hired and paid by GSL Canada.

14. On October 31, 2019, HDK received correspondence by email from GSL Canada. The correspondence contained an attached letter signed on behalf of GSL USA terminating the Agreement. The email correspondence states "We were hoping to do business in the US but unfortunately things didn't go as planned."

15. After terminating the lease in breach of the Agreement, GSL Canada hired a third party to remove its improvements from the Premises.

16. When Plaintiff retook possession of the Premises, it was not in the same condition it was in when Plaintiff leased the Premises.

17. Specifically, the Premises was abandoned mid-remodel. Where portions of the Premises were completely finished before, there are now large sections without electricity, heating, walls, or floors.

18. The Premises sustained heavy damage from the installation and removal of fixtures.

19. The Premises are longer in leasable condition, and until the Premises is fixed and returned to its pre-lease condition, as per the Agreement, Plaintiff is unable to lease the Premises.

COMPLAINT- 3
#1301639 v2 / 73304-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

## CLAIMS FOR RELIEF

## PARENT LIABILITY

20. Plaintiff realleges the allegations in paragraphs 1 to 19.

21. At all times relevant to this action, GSL USA was dominated and controlled by GSL Canada.

22. Though the Agreement was signed on behalf of GSL USA, GSL Canada was, in substance, the true party to the contract.

23. GSL USA is so organized and controlled, and its affairs are so conducted, as to make it merely an instrumentality or adjunct of GSL Canada.

24. GSL Canada abused the corporate form in order to avoid a duty owed to Plaintiff.

25. The circumstances are such that the Court should disregard the corporate form and hold GSL Canada liable on the Agreement.

## BREACH OF CONTRACT

26. Plaintiff realleges the allegations in paragraphs 1 to 25.

27. By failing to make all repairs and replacements and serving the Premises in good order and repair, Defendants have breached Section 7.02 of the Agreement.

28. By failing to surrender the Premises to Plaintiff in good order, and to repair damage caused by removal of installations and return the Premises to the condition in which they were prior to the installation of the article or articles so removed, Defendants have breached Section 18.01 of the Agreement.

29. Defendants' breaches of the lease terms under the Agreement constitute a breach of the Agreement.

30. Defendants' breaches of contract have caused the Premises to be untenantable,

COMPLAINT- 4
#1301639 v2 / 73304-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

preventing Plaintiff from mitigating its damages.

31. Plaintiff is entitled to its damages resulting from Defendants' breaches in an amount to be determined at trial.

## WASTE – 64.12 RCW

32. Plaintiff realleges the allegations in paragraphs 1 to 31.

33. Defendants damaged the Premises during its tenancy, amounting to commissive waste to the Premises.

34. Defendants' damage to the Premises was an unreasonable or improper use, abuse, mismanagement, or omission of a duty touching the real estate.

35. Defendants' damage to the Premises consisted of deliberate, voluntary destructive acts.

36. Plaintiff's Premises was substantially injured by Defendants' acts constituting commissive waste.

37. Plaintiff is entitled to treble damages under RCW 64.12.020 for Defendants' commissive waste.

38. Plaintiff is entitled to attorneys' fees and costs under RCW 64.12.020 for Defendants' commissive waste.

## REQUESTS FOR RELIEF

WHEREFORE plaintiff requests judgment as follows:

1. That GSL Canada be deemed jointly and severally liable for the acts and omissions of GSL USA on the theory of parent liability.

2. In favor of Plaintiff for breach of Contract against Defendants in an amount to be determined at trial.

COMPLAINT- 5
#1301639 v2 / 73304-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

3. In favor of Plaintiff for Defendants' acts of commissive waste causing damage to Plaintiff's Premises in an amount to be determined at trial.

4. Treble damages pursuant to RCW 64.12.020.

5. Attorneys' fees and costs pursuant to RCW 64.12.020.

6. For such additional relief as the court deems appropriate.

DATED this February 24, 2020.

    s/ Paul Richard Brown
Paul Richard Brown, WSBA #19357
Nathan T. Paine, WSBA #34487
Daniel T. Hagen, WSBA #54015
Of Karr Tuttle Campbell
Phone: 206-223-1313
Fax: 206-682-7100
Attorneys for Plaintiff
Email: pbrown@karrtuttle.com
       npaine@karrtuttle.com
       dhagen@karrtuttle.com

COMPLAINT- 6
#1301639 v2 / 73304-001

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100