The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HDK INVESTMENTS, LLC, a Washington limited liability company,<br><br>                Plaintiff,<br><br>      v.<br><br>GREEN SKY LABS (USA) LLC, a Colorado limited liability company; GREEN SKY LABS INC., a Canadian Corporation,<br><br>                Defendants. | Case No. 2:20-cv-00462<br><br>**STIPULATED MOTION AND ORDER EXTENDING CASE DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>April 3, 2020 |

Plaintiff HDK Investments, LLC ("HDK") and defendants Green Sky Labs (USA) LLC ("GSL USA") and Green Sky Labs Inc. (GSL Canada), jointly move this Court to continue the current case deadlines for approximately 45 days, so that they may engage in good faith settlement negotiations that may resolve this dispute without the need for additional court intervention.

HDK filed its Complaint on February 24, 2020 in the Superior Court of Washington for King County. HDK served the summons and Complaint on GSL USA on February 27, 2020. HDK also delivered a copy of the summons and Complaint to the address of GSL Canada on February 28, 2020, although by filing this stipulation, the parties take no position as to whether GSL Canada has been properly served. GSL USA filed a Notice of Removal on March 27, 2020, removing the matter to this Court. Pursuant to Fed. R. Civ. P. 81(c)(2)(C), GSL USA's deadline to respond to the Complaint is April 3, 2020. The parties are still corresponding regarding whether

1  service was perfected on defendant GSL Canada. HDK believes was service was proper and
2  effective on GSL Canada. GSL Canada reserves the right to assert service was not proper and
3  effective.

4       At this time, the parties are engaged in good faith negotiations to discuss a potential settlement to this litigation. The parties agree that mediation would be valuable in resolving this dispute, but they recognize that the outbreak of COVID-19 will delay their efforts to hold a mediation. Pursuant to Rule 16(b)(4) and LCR 16(b)(6), good cause exists to continue the case deadlines. The parties are engaging in good faith settlement communications, but the various orders mandating social distancing will delay the parties' ability to conduct a mediation. The parties have contacted a potential mediator, and have also engaged in direct communications about areas of potential agreement between the parties. The parties are waiting for the mediator to confirm potential dates for mediation as well as utilizing available teleconferencing technology to conduct the mediation. The parties anticipate mediation to commence within the next 45 days. The parties wish to avoid incurring attorneys fees' on court filings that will be unnecessary if they are able to negotiate a mutual resolution to this dispute. To ensure all involved remain safe, but also that the case remains on track toward completion, the parties request that the current deadlines be extended approximately 45 days as outlined below.

      Accordingly, subject to the Court's approval, the parties agree as follows: The case deadlines, as established by filing the Notice of Removal (Dkt. No. 1) should be continued as set forth below.

| Event | Existing Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Properly Served Parties to Respond to Complaint | April 3, 2020 | May 18, 2020 |
| Deadline to File Jury Demand | April 10, 2020 | May 26, 2020 |
| Deadline to File Motion for Remand | April 27, 2020 | June 11, 2020 |

STIPULATED MOTION AND ORDER EXTENDING
CASE DEADLINES - 2
Case No. 2:20-cv-00462

| | |
|---|---|
| 1 | STIPULATED to this 3rd day of April, 2020. |
| 2 | KARR TUTTLE CAMPBELL  |  DLA PIPER LLP (US) |

KARR TUTTLE CAMPBELL

*s/ Paul Richard Brown*

Paul Richard Brown, WSBA No. 19357
Nathan T. Paine, WSBA No. 34487
Daniel T. Hagen, WSBA No. 54015
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Tel: 206.223.1313
Fax: 206.682.7100
E-mail: pbrown@karrtuttle.com
E-mail: npaine@karrtuttle.com
E-mail: dhagen@karrtuttle.com

*Attorneys for Plaintiff HDK Investments, LLC*

DLA PIPER LLP (US)

*s/ David Freeburg*

Andrew R. Escobar, WSBA No. 42793
David Freeburg, WSBA No. 48935
Virginia Weeks, WSBA No. 55007
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
Fax: 206.839.4801
E-mail: andrew.escobar@us.dlapiper.com
E-mail: david.freeburg@us.dlapiper.com
E-mail: virginia.weeks@us.dlapiper.com

*Attorneys for Defendants
Green Sky Labs (USA) LLC and
Green Sky Labs Inc.*

STIPULATED MOTION AND ORDER EXTENDING
CASE DEADLINES - 3
Case No. 2:20-cv-00462

# **ORDER**

It is so ORDERED.

Dated this _6th_ day of April, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

DLA PIPER LLP (US)

*s/ David Freeburg*
Andrew R. Escobar, WSBA No. 42793
David Freeburg, WSBA No. 48935
Virginia Weeks, WSBA No. 55007
701 Fifth Avenue, Suite 6900
Seattle, Washington 98104-7029
Tel: 206.839.4800
Fax: 206.839.4801
E-mail: andrew.escobar@us.dlapiper.com
E-mail: david.freeburg@us.dlapiper.com
E-mail: virginia.weeks@us.dlapiper.com

*Attorneys for Defendants
Green Sky Labs (USA) LLC and
Green Sky Labs Inc.*

AND BY

KARR TUTTLE CAMPBELL

*s/ Paul Richard Brown*
Paul Richard Brown, WSBA No. 19357
Nathan T. Paine, WSBA No. 34487
Daniel T. Hagen, WSBA No. 54015
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Tel: 206.223.1313
Fax: 206.682.7100
E-mail: pbrown@karrtuttle.com
E-mail: npaine@karrtuttle.com
E-mail: dhagen@karrtuttle.com

*Attorneys for Plaintiff HDK Investments, LLC*

STIPULATED MOTION AND ORDER EXTENDING
CASE DEADLINES - 4
Case No. 2:20-cv-00462