The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HDK INVESTMENTS, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GREEN SKY LABS (USA) LLC, a Colorado limited liability company; GREEN SKY LABS INC., a Canadian Corporation,<br><br>Defendants. | Case No. 2:20-cv-00462-MJP<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR RESPONSE TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>May 12, 2020 |

    Plaintiff HDK Investments, LLC ("HDK") and defendants Green Sky Labs (USA) LLC ("GSL USA") and Green Sky Labs Inc. ("GSL Canada"), jointly move this Court to continue defendants' deadline to respond to the Complaint until this Court rules on HDK's forthcoming motion to remand this matter to the Superior Court of Washington for King County.

    HDK filed its Complaint in the Superior Court of Washington for King County on February 24, 2020.  GSL USA filed a Notice of Removal on March 27, 2020, removing the matter to this Court.  On April 3, 2020, the parties filed a Stipulated Motion and Proposed Order Extending Case Deadlines to accommodate their efforts to engage in good faith negotiations discussing a potential

settlement to this litigation.[1]  On April 6, 2020, this Court granted the Stipulated Motion, extending the case deadlines as follows:

| Event | Deadline |
| --- | --- |
| Deadline for Properly Served Parties to Respond to Complaint | May 18, 2020 |
| Deadline to File Jury Demand | May 26, 2020 |
| Deadline to File Motion for Remand | June 11, 2020 |

HDK intends to file a motion for remand by June 11, 2020.  HDK's upcoming motion to remand, if granted, would render moot any motion to dismiss, and require the parties to devote additional expense to briefing the same issues under differing standards for state court.  This would unnecessarily increase the expense of this litigation.  The parties therefore propose that the deadline for Defendants' response to the Complaint be altered to 14 days after this Court's ruling on HDK's motion for remand.

STIPULATED to this 12th day of May, 2020.

| KARR TUTTLE CAMPBELL | DLA PIPER LLP (US) |
| --- | --- |
| *s/ Paul Richard Brown* | *s/ David Freeburg* |
| Paul Richard Brown, WSBA No. 19357<br>Nathan T. Paine, WSBA No. 34487<br>Daniel T. Hagen, WSBA No. 54015<br>701 Fifth Avenue, Suite 3300<br>Seattle, Washington  98104<br>Tel:   206.223.1313<br>Fax:  206.682.7100<br>E-mail: pbrown@karrtuttle.com<br>E-mail: npaine@karrtuttle.com<br>E-mail: dhagen@karrtuttle.com | Andrew R. Escobar, WSBA No. 42793<br>David Freeburg, WSBA No. 48935<br>Virginia Weeks, WSBA No. 55007<br>701 Fifth Avenue, Suite 6900<br>Seattle, Washington  98104-7029<br>Tel:   206.839.4800<br>Fax:  206.839.4801<br>E-mail: andrew.escobar@us.dlapiper.com<br>E-mail: david.freeburg@us.dlapiper.com<br>E-mail: virginia.weeks@us.dlapiper.com |
| *Attorneys for Plaintiff HDK Investments, LLC* | *Attorneys for Defendants Green Sky Labs (USA) LLC and Green Sky Labs Inc.* |

---

[1] Although the parties have engaged in good faith discussions regarding a potential settlement, those efforts have not been successful to date.

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
FOR RESPONSE TO COMPLAINT - 2
Case No. 2:20-cv-00462-MJP

## **ORDER**

It is so ORDERED.

Dated this _13th_ day of May, 2020.

_____
Marsha J. Pechman
United States Senior District Judge

Presented by:

DLA PIPER LLP (US)

*s/ David Freeburg*
Andrew R. Escobar, WSBA No. 42793
David Freeburg, WSBA No. 48935
Virginia Weeks, WSBA No. 55007
701 Fifth Avenue, Suite 6900
Seattle, Washington  98104-7029
Tel:     206.839.4800
Fax:     206.839.4801
E-mail:  andrew.escobar@us.dlapiper.com
E-mail:  david.freeburg@us.dlapiper.com
E-mail:  virginia.weeks@us.dlapiper.com

*Attorneys for Defendants*
*Green Sky Labs (USA) LLC and*
*Green Sky Labs Inc.*

AND BY

KARR TUTTLE CAMPBELL

*s/ Paul Richard Brown*
Paul Richard Brown, WSBA No. 19357
Nathan T. Paine, WSBA No. 34487
Daniel T. Hagen, WSBA No. 54015
701 Fifth Avenue, Suite 3300
Seattle, Washington  98104
Tel:     206.223.1313
Fax:     206.682.7100
E-mail:  pbrown@karrtuttle.com
E-mail:  npaine@karrtuttle.com
E-mail:  dhagen@karrtuttle.com

*Attorneys for Plaintiff HDK Investments, LLC*
STIPULATED MOTION AND ORDER EXTENDING DEADLINE
FOR RESPONSE TO COMPLAINT - 3
Case No. 2:20-cv-00462-MJP